UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Randy Compton,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) Case No.: 1:23-cv-1520-RLY-KMB |
| **The Receivable Management Services, LLC,** | ) ) ) ) |
| **Defendant.** | ) ) ) |

### JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Randy Compton, by counsel, and Defendant, The Receivable Management Services LLC, by counsel, stipulate and move this Court to dismiss this cause of action with prejudice, with each party to bear their own attorney fees and costs.

Respectfully Submitted,

/s/ Alan M.Ritchie
Alan M. Ritchie
Pilgrim Christakis, LLP
Counsel for Defendant
1 South Dearborn, Suite 1420
Chicago, IL 60603
(312) 924-1773
aritchie@pilgrimchristakis.com


/s/John T. Steinkamp
John T. Steinkamp
John Steinkamp & Associates
Counsel for Plaintiff
5214 S. East Street, Suite D1
Indianapolis, IN46227
(317) 780-8300
(317) 217-1320 fax
john@johnsteinkampandassociates.com